DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MAHMOUD SIMRIN,

Appellant,

V.

SAMAH TUBISHAT,

Appellee.

NO. 2D22-4102

_____

March 1, 2024

Appeal from the Circuit Court for Hillsborough County; Darren D. Farfante, Judge.

Mark A. Neumaier, Tampa, for Appellant.

Allison M. Perry of Florida Appeals, P.A., Tampa, for Appellee.


PER CURIAM.

    Affirmed.

SLEET, C.J., and ATKINSON and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.